AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Benjamin Vincent Smith<br><br>*Defendant(s)* | Case No.<br>24-mj-185-JMC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 23rd to July 25th, 2024 in the county of La Plata in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Attempted Coercion and Enticement of a Minor |
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit, attached and incorporated herein

☑ Continued on the attached sheet.

/s/ Josh Newman
*Complainant's signature*

TFO Josh Newman, HSI
*Printed name and title*

Sworn to before me and signed by reliable electronic means.

Date: 10/02/2024

*Judge's signature*

City and state: Durango, Colorado

Hon. Magistrate Judge James M. Candelaria
*Printed name and title*