| | |
|---|---|
| DEFENDANT: | Benjamin Vincent Smith |
| YOB: | 1998 |
| COMPLAINT FILED? | __x__ Yes  _____ No |
| OFFENSE(S): | COUNT 1: 18 U.S.C. § 2422(b) – Coercion and Enticement.<br><br>COUNT 2: 18 U.S.C. §§ 2252A(a)(5)(b),(b)(2) – Possession of Child Pornography. |
| LOCAT. OF OFFENSE: | La Plata County, Colorado |
| PENALTY: | COUNT 1: NLT 10 years, NMT life; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.   For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.   For offenses committed on or after December 7, 2018, a Special Assessment of no more than $50,000 if convicted of child pornography production as defined by 18 U.S.C. Section 2259(c)(1), which includes offenses under 18 U.S.C. Section 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in 18 U.S.C. Section 2256).<br><br>COUNT 2: If it is determined that the defendant has no prior sex-related convictions, NMT 10 years; NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.   If defendant has a prior conviction under Chapters 110, 71, 109A, or 117 of Title 18; or under Section 920 of Title 10 (Article 120 of the Uniform Code of Military Justice); or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.   For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.   For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252(a)(4) or Section 2252A(a)(5). |
| AGENT: | TFO Josh Newman, Homeland Security Investigations. |
| AUTH. BY: | Jeffrey K. Graves, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less      __x__ over five days           ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (f)(2)

_____ will not seek detention

**The statutory presumption of detention at 18 U.S.C. § 3142(e)(3)(E) applies**

OCDETF CASE:     ___ Yes       _X_ No