## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Josh Newman, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer (TFO) with the Department of Homeland Security Investigations (HSI) and am also assigned to the Internet Crimes Against Children (ICAC) Colorado Task Force, a federally funded initiative to combat the sexual exploitation of children. I have been specifically investigating ICAC cases since 2016.  As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.  I have received training and instruction in the field of investigation of child pornography and have had the opportunity to participate in investigations relating to the sexual exploitation of children.  As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images).  As a TFO, I am an investigative or law enforcement officer of the United States within the meaning of section 2510(7) of Title 18, United States Code. Your Affiant and other law enforcement officers are involved in an investigation of potential violations of federal law, including 18 U.S.C. Section 2422(b), relating to the coercion and enticement of minors; and 18 U.S.C. Sections 2252 and 2252A, relating to material involving the sexual exploitation of minors.

2.      This affidavit is submitted in support of an application of a complaint for the arrest of Benjamin Vincent Smith ("SMITH"), for violations of Title 18, United States Code,

2422(b) (Attempted Coercion and Enticement of a Minor) and Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Further, I note that the investigation is on-going as of the date of this affidavit.

**RELEVANT STATUTES**

4. 18 U.S.C. Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce (including the internet) to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

5. As relevant here, "Any sexual activity for which any person can be charged with a criminal offense" includes: (1) the production of child pornography as defined under federal law and (2) sexual intercourse or oral sex with a minor if the minor is less than seventeen years of age and the person is at least ten years older than the minor and is not the spouse of the minor under Colo. Rev. Stat. § 18-3-402(1)(e).

7. 18 U.S.C. Section 2252A(a)(5)(B) prohibits a person from knowingly possessing any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or

shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

**PROBABLE CAUSE**

6. On 07/23/24, Durango Police Officer Rodrigo Pucci spoke by phone to Minor #1, who had contacted the Durango Police. Minor #1 is a 16-year-old male. Minor #1 told Officer Pucci that he had been suspicious of a SnapChat user that his friend, Minor #2, had been communicating with. Minor #1 advised that Minor #2 had been communicating with a SnapChat user that used the username "MTNCHICK69" on SnapChat. Minor #1 advised SnapChat user MTNCHICK69 identified as a 16 year old female and engaged in sexually explicit conversation with Minor #2.

7. Minor #1 began a conversation with SnapChat user MTNCHICK69 from his SnapChat profile with the username "T.Zawsome." After communicating with MTNCHICK69 for an unknown period of time, Minor #1 made plans to meet with MTNCHICK69 in the Chapman Hill parking lot, located at 500 Florida Road, Durango, Colorado. Minor #1 advised Officer Pucci that MTNCHICK69 made statements using the SnapChat application stating MTNCHICK69 and Minor #1 were going to engage in sexual acts that were referred to as, "glory hole," and "blow job." NOTE: Based on your Affiant's training and experience, a "glory hole" is a sex act where a man inserts his penis through a hole in a partition for sexual stimulation by an anonymous person on the other side of the partition. Minor #1 advised that SnapChat user MTNCHICK69 said they would be inside a blue Subaru Outback parked at the Chapman Hill parking lot.

8.      In a follow up interview conducted by Detective Colin Harvey on 07/24/24, Minor #1 stated he arrived at the Chapman Hill parking lot at approximately 21:30 hours on 07/23/24 and observed a blue Subaru Outback matching the description provided by MTNCHICK69. Minor #1 stated the blue Subaru Outback was the only vehicle in the parking lot when he arrived. Minor #1 stated he opened of the door of the Subaru Outback where he observed what he believed to be a male covered up with a blanket. When asked why he believed the covered person was a male, Minor #1 stated the individual's face was covered, but the individual's arms were more defined like that of a male's, and that the individual was stronger than he was when the covered person pulled the door closed. Minor #1 stated that Minor #1 observed the covered person's hands as a male's with colorful painted nails and wearing colorful bracelets.

9.      When asked if Minor #1 sent any nude photos of himself to MTNCHICK69 via SnapChat during his chats, Minor #1 said that he did. Minor #1 also stated he told MTNCHICK69 that he was 16 years old, at which point SnapChat user MTNCHICK69 advised they were also 16 years old.

10.     In Minor #1's statement to Officer Pucci, Minor #1 stated that while messaging SnapChat user MTNCHICK69, the individual mentioned living near the, "skatepark." Based on your Affiant's experience in the community, your Affiant is aware that there is only one skatepark in Durango, located at 950 Roosa Avenue. Minor #1 was able to obtain a partial license plate off the Subaru of "FCX03." Using that partial license plate, Durango Police Sergeant Mike Kelly was able to identify a vehicle with license plate reader (LPR) software. This vehicle was a blue Subaru Outback bearing CO plate CFZX03 registered to Benjamin Vincent Smith (YOB 1996) (NOTE: Smith was 28 years old at all times relevant times). Vehicle

registration records reflected that Smith's current address is located only a couple hundred yards away from the Durango Skate Park.

11. On 07/25/24, the Durango Police Department obtained a signed search warrant for Smith's residence at 1204 Avenida Del Sol, Apt #224, in Durango, Colorado. While serving the search warrant, Detective Harvey observed Smith's vehicle, a blue Subaru Outback (CO plate CFZX03), parked in its assigned parking spot of the apartment complex. Smith was not present at the apartment. During the search of Smith's residence, law enforcement seized fifteen electronic devices pursuant to the state search warrant.

12. On 7/25/24, Detective Harvey was provided a phone number ending in 9356 ("the 9356 Number") for Smith by the landlord for Smith's apartment. Detective Harvey called the 9356 Number and made contact with Smith. Detective Harvey advised Smith that law enforcement was currently executing a search warrant at his residence. Smith did not ask any questions as to why officers were executing a search warrant at this residence. Smith said he was at band camp at the River Church located at 860 Plymouth Drive in Durango, Colorado. Detective Harvey advised Smith to remain at that location and that Detective Harvey was on his way to come speak with him.

13. Detectives Harvey and Robinson arrived at the River Church and found Smith already standing out front of the building. Detectives Harvey introduced himself to Smith and advised him that Detectives Harvey needed to collect his cell phone and any other electronics he may have on him pursuant to the terms of the state issued search warrant. Smith willingly provided Detective Harvey with his cell phone and advised he did not have any other electronics on him, showing Detective Harvey the inside of his backpack. Detective Harvey asked Smith if he knew why Detective Harvey might be collecting all his electronic devices, to which he

5

responded, "Probably." Detective Harvey then asked Smith to tell him about what happened on Tuesday night (07/23/24), to which Detective responded, "Do I have to?" Detective Harvey advised Smith that he did not have to provide any statements at this time if he did not wish to do so.

14.     During the search of the Subaru Outback authorized by the state search warrant, Durango Police Detective Ball found two blankets and a fitted bed sheet inside the vehicle.

15.     Your Affiant is aware based on discussions with other law enforcement officers and personal experience that Smith was employed as a music teach at Escalante Middle School in Durango, Colorado, during the time discussed above.

16.     On September 13, 2024, Magistrate Judge James Candelaria authorized a federal search warrant authorizing the search of the devices seized from Smith's apartment, and the phone seized from Smith's person.

17.     As of the date of this affidavit, your Affiant has reviewed a portion of the data and information on the Apple iPhone seized from Smith's person. The manufacture location of the cell phone has not yet been determined, but based on my training and experience, your Affiant knows that iPhone cell phones are not manufactured in the State and District of Colorado. In relevant summary, your Affiant has located numerous photographs of males that, based on your Affiant's training and experience, appear to be visual depictions of minor children engaged in sexually explicit conduct; *i.e.*, "child pornography" as that term is defined at 18 U.S.C. § 2256(8). For example, many of these photographs depict the erect penises of male individuals that appear to be minor children and the focal point of the pictures is the various minor males' genitals. These photographs were transmitted by SnapChat to the phone seized from Smith's person. Your Affiant was able to see the display name and vanity name for many of the accounts

that transmitted the photographs to Smith's phone. Based on your Affiant's knowledge of the community, and in discussions and consultation with other law enforcement, your Affiant has identified over two dozen display and vanity names that correspond to school-age minors living in the vicinity of Durango, Colorado.

18. On September 13, 2024, Magistrate Judge James Candelaria authorized a federal search warrant requiring SnapChat to produce information associated with the SnapChat username of "MTNCHICK69" (the identifier used by Smith, as discussed above). On October 1, 2024, your Affiant received responsive records from SnapChat. These records show that "Target username 'mtnchick69' is associated with User ID "637c69b7-27ad-49a9-bb0d-5789a33ed723" ("User ID ed723"). The records provided by SnapChat include approximately 45,000 messages from User ID ed723 to other SnapChat users. As of the date of this affidavit, your Affiant has reviewed only a small portion of these records.

19. The SnapChat records show portions of a conversation between User ID ed723 and "T.zawesome" (the username that Minor #1 identified as his). Large portions of the messages sent by User ID ed723 to Minor #1 appear, based on your Affiant's training and experience, to have been deleted. The messages are consistent with the report made by Minor #1, discussed above, and include the following:

    a. On July 23, 2024, Minor #1 sent to User ID ed723 "Yeah I go [to Durango High School]. I'm 16…I'm a sophomore haha."

    b. On July 23, 2024, User ID ed723 sent to Minor #1 "You should sneak to the bathroom and send a dick pic at work ðŸ˜ˆ."

7

    c.    On July 23, 2024, Minor #1 sent a number of messages to User ID ed723 consistent with meeting up for the encounter described in Minor #1's report, such as "what car are you in"; and "almost there."

    d.    Apparently after the encounter on July 23, 2024, User ID ed723 sent to Minor #1 "Sorry I know we should wait until we're 18 lmao" and "Im just someone you go to school with and I can't live with it sorry."

20.    The SnapChat records also show portions of a conversation between User ID ed723 and Minor #2. Among the initial messages exchanged, User ID ed723 sent to Minor #2 "How old are you,"; Minor #2 responded "15 wbu"; and User ID ed723 replied "Same." The remainder of the messages include overt sexual themes and requests; *e.g.,* on July 23, 2024, User ID ed723 sent to Minor #2 "Mmm fuck ya baby. I wanna take ur dick all the way down my throat and then lick your balls while I choke on it 😈."

21.    The SnapChat records also show over 200 messages sent by User ID ed723 referencing the term "gloryhole" to various other users between September 2022 and July 2024.

22.    Based on my experience and training, I have learned that the Internet is a means and facility of interstate and foreign commerce.

## **CONCLUSION**

23.    Based on the investigation described above, I believe that there is probable cause to believe that the defendant, Benjamin Vincent Smith, has committed violations of Title 18, United States Code, Sections 2422(b) and 2252A(a)(5)(B).

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

                                           *s/ Josh Newman*
                                           Josh Newman
                                           Task Force Officer
                                           HSI

Subscribed and sworn to before me on October 2, 2024

_____
Hon. James M. Candelaria
UNITED STATES MAGISTRATE JUDGE